IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02074-CMA-CBS

LORI A. MENDOZA,

    Plaintiff,

v.

TT OF COLORADO SPRINGS, INC., a Colorado corporation,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THIS MATTER coming before the Court upon the Stipulated Motion to Dismiss with Prejudice (Doc. # 15), filed November 15, 2010, and the Court being sufficiently advised in the premises, hereby orders as follows:

IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to pay their own attorneys' fees and costs, if any.

DATED: November 15, 2010.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge